IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARRELL R. RISTER,   Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 21-5058 |
| GREGORY MEYER, *et al.*,   Defendants. | : : | |

## ORDER

**AND NOW**, this 17th day of March, 2022, upon consideration of Plaintiff Tarrell R. Rister's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4), his Prisoner Trust Fund Account Statement (ECF No. 5), and the *pro se* Complaint filed in this matter (ECF No. 1), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff Tarrell R. Rister is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. Tarrell R. Rister, #77355066, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Federal Detention Center – Philadelphia or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Rister's inmate account; or (b) the average monthly balance in Rister's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Rister's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to

the Clerk of Court equaling 20% of the preceding month's income credited to Rister's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Federal Detention Center – Philadelphia.

      4.      The Complaint is **DEEMED** filed.

      5.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of standing for the reasons discussed in the Court's Memorandum.

      6.      The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ John R. Padova, J.

_____

JOHN R. PADOVA, J.